UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-03699-SSC Date: July 21, 2026

Title Americo Financial Life and Annuity Insurance Company v. Newtek Bank, N.A., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause re Lack of Prosecution**

On April 7, 2026, Plaintiff Americo Financial Life and Annuity Insurance Company filed this action against Defendants Newtek Bank, N.A., Yevgeniya Benarouche, Julian Benarouche and Mila Benarouche. On April 16, 2026, Plaintiff filed a proof of service for minor Defendant Mila Benarouche indicating that an answer was due June 15, 2026. (ECF 14.) A waiver of service was filed on May 4, 2026, and signed by Defendant's mother on behalf of the minor defendant. (ECF 14.) No guardian ad litem request has been received on behalf of this minor defendant. Defendant Mila Benarouche failed to respond by the deadline, and Plaintiff has not sought entry of default.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **July 27, 2026**, why the claims against this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-03699-SSC Date: July 21, 2026

Title Americo Financial Life and Annuity Insurance Company v. Newtek Bank, N.A., et al.

defendant should not be dismissed for lack of prosecution. Among the appropriate responses to this order are: (1) an application for entry of default under Federal Rule of Civil Procedure 55(a), (2) a stipulation extending the time to answer, and (3) an appropriate filing dismissing this defendant. One of these or another response must be filed on or before **July 27, 2026**; a responsive filing will discharge this order automatically.

The Court notes that it has a "legal obligation" under Rule 17(c) of the Federal Rules of Civil Procedure "to consider whether [a minor] is adequately protected" and "to take whatever measures it deems proper to protect [the minor] during litigation." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986). Any response to the order by Plaintiff should address this duty as it applies to Defendant Mila Benarouche.

Failure to respond to this order to show cause will be deemed consent to the dismissal of Defendant, Mila Benarouche, without prejudice.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**